IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LESTER V. GILL, )
 )
        Plaintiff, )
 )
  v. ) 1:10CV871
 )
CAROLYN W. COLVIN, )
Acting Commissioner of )
Social Security, )
 )
        Defendant. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court on January 22, 2014, and, in accordance with 28 U.S.C. § 636(b) served on the parties in this action. Plaintiff filed an objection within the time specified by section 636 (Doc. 20), and Defendant filed a response (Doc. 22).

The court has reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is DENIED, Defendant's Motion for Judgment

on the Pleadings (Doc. 16) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

                                            /s/    Thomas D. Schroeder
                                        United States District Judge

March 6, 2014